Jesse S. Johnson (*pro hac vice*)
Florida Bar No. 0069154
GREENWALD DAVIDSON RADBIL PLLC
7601 N. Federal Hwy., Suite A-230
Boca Raton, FL 33487
Telephone: 561-826-5477
jjohnson@gdrlawfirm.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jake L. Kemp, on behalf of himself and others similarly situated, | Case No. CV-21-00109-PHX-JJT |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Johnson Mark LLC and LVNV Funding, LLC, | |
| Defendants. | |

Jake L. Kemp ("Plaintiff") notifies this Court that he has reached an agreement in principle with Defendants Johnson Mark LLC and LVNV Funding, LLC to resolve his claims in this matter on an individual basis. Plaintiff requests that this Court vacate tomorrow's scheduling conference and all other case deadlines to allow the parties 30 days within which to finalize the terms of their settlement agreement, after which the parties will file a stipulation of dismissal.

Respectfully submitted this 21st day of April, 2021.

GREENWALD DAVIDSON RADBIL PLLC

By: *s/ Jesse S. Johnson*
Jesse S. Johnson (*pro hac vice*)
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2021, I filed a copy of the foregoing electronically using the Clerk of Court's CM/ECF system, which will provide notice to all counsel of record.

*/s/ Jesse S. Johnson*
Jesse S. Johnson

1