# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jake L. Kemp,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Johnson Mark LLC, *et al.*,<br><br>　　　　Defendants. | No. CV-21-00109-PHX-JJT<br><br>**ORDER** |

Pursuant to this Court's Order of April 22, 2021 (Doc. 19),

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 24th day of May, 2021.

　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　United States District Judge